# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JUSTIN FORD, # 117377**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　　**CIVIL ACTION NO. 2:17cv88-KS-MTP**

**LARRY ALLEN, OFFICER C.**
**CRABTREE, and JOHN DOES**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER DENYING MOTION TO AMEND DISMISSAL

BEFORE THE COURT is pro se Plaintiff Justin Ford's Motion to Amend Dismissal [23]. He is incarcerated with the Mississippi Department of Corrections, and his claims arise from an arrest. On November 8, 2017, the Court dismissed the Hattiesburg Police Department, its Internal Affairs Division, and the City of Hattiesburg. Process has been issued for the remaining Defendants. On December 4, Ford filed the instant motion. It is entitled "Motion to Amend Dismissal," but he does not state in what way he would have the Memorandum Opinion and Order of Partial Dismissal [16] amended. Therefore, the Court finds the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that pro se Plaintiff Justin Ford's Motion to Amend Dismissal [23] should be, and is hereby, **DENIED.**

**SO ORDERED AND ADJUDGED**, this the _14th___ day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　 s/Keith Starrett
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE